UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAWN STEVENS,

        Plaintiff,

v.                                                                               Case No. 16-C-1419

OVAL OFFICE, LLC, et al.,

        Defendant.

---

## ORDER DENYING MOTION TO COMPEL ARBITRATION

---

        This is a collective and proposed class action brought under the FLSA and Wisconsin Wage Statutes by current and former employees of defendant Oval Office, LLC, which does business as the Oval Office Gentlemen's Club. Defendants filed a motion to stay all proceedings and compel arbitration of the claims of opt-in plaintiff Savannah Voet pursuant to an arbitration clause contained in her 2016 entertainer contract with the defendants. Apparently, none of the other opt in plaintiffs are signatories to contracts containing similar clauses. Voet has since been dropped from the case, making the defendants' motion to stay the case and compel arbitration of her claims moot.

        Based upon the foregoing, the motion to compel arbitration and stay further proceedings, (ECF No. 13) is therefore **DENIED**. Moreover, the clerk is directed to set this matter on the court's calendar for a Rule 16 scheduling conference. A motion for partial dismissal remains pending, but is fully briefed and the decision will be issued in short order. The pending motion for partial dismissal does not warrant further delay.

        **SO ORDERED** at Green Bay, Wisconsin this 27th day of December, 2016.

                                                        s/William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court